UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KENNETH COLEMAN, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INDEMNITY COMPANY,<br><br>Defendant. | Case No. CV-19-39-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant pursuant to Order [83], signed and dated July 10, 2025.

Dated this 10th day of July, 2025

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
Deputy Clerk